UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBECO GROEP N.V. FOR ROBECO N.V., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AOL TIME WARNER INC., et al.,<br><br>　　　　　　Defendants. | Civil No. 1:06-CV-00188<br><br>Judge: James Robertson |

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Robeco Groep N.V. for Robeco N.V., Robeco Groep N.V. for Rolinco N.V., Robeco Groep N.V. for RG America, Robeco Groep N.V. for RG ZSS Media, Robeco Groep N.V. for CGF NAE JIA, Robeco Groep N.V. for CGF GLE JIA, Robeco Groep N.V. for RG YDF, Robeco Groep N.V. for RG ZSS IT, Robeco Groep N.V. for RG ZS US, Robeco Groep N.V. for RG ZSS CONS, Robeco Groep N.V. for RG ZSS EBUS and Robeco Groep N.V. for CGF IT JIA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Robeco Groep N.V. for Robeco N.V., Robeco Groep N.V. for Rolinco N.V., Robeco Groep N.V. for RG America, Robeco Groep N.V. for RG ZSS Media, Robeco Groep N.V. for CGF NAE JIA, Robeco Groep N.V. for CGF GLE JIA, Robeco Groep N.V. for RG YDF, Robeco Groep N.V. for RG ZSS IT, Robeco Groep N.V. for RG ZS US, Robeco Groep N.V. for RG ZSS CONS, Robeco Groep N.V. for RG ZSS EBUS and Robeco Groep N.V. for CGF IT JIA which have any outstanding securities in the hands of the public:

ROBECO N.V.

  These representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| DATED:  February 14, 2006 | LAW OFFICES OF ROGER M. ADELMAN<br>ROGER M. ADELMAN (Bar # 56358)<br>1100 Connecticut Ave., NW, Suite 730<br>Washington, DC  20036<br>Telephone:  202/822-0600<br>202/822-6722 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>JOHN J. STOIA, JR.<br>MICHAEL J. DOWD<br>THEODORE J. PINTAR<br>DAVID C. WALTON<br>PATRICK W. DANIELS<br>ANDREW J. BROWN<br>THOMAS E. EGLER (DC Federal Bar #PA0014)<br><br>   /s/ Thomas E. Egler<br>   THOMAS E. EGLER<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN<br>RANDI D. BANDMAN<br>MICHAEL F. GHOZLAND<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210<br>Telephone:  310/859-3100<br>310/278-2148 (fax)<br><br>Attorneys for Plaintiffs |

S:\CasesSD\AOL TW DC ROBECO\NOT00028097.doc